IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-155-RLV-DCK

| | |
|---|---|
| SWAN RACING COMPANY, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| XXXTREME MOTORSPORT, LLC JOHNATHAN COHEN, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 64) filed by David W. Hands, concerning Robert W. Piken on August 19, 2016. Mr. Piken seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 64) is **GRANTED.** Mr. Piken is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: August 19, 2016

David C. Keesler
United States Magistrate Judge