# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| Swan Racing Company, LLC, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff/Counter Defendant, | ) | 5:14-cv-00155-RLV-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| XXXtreme Motorsport, LLC and | ) | |
| Johnathan Cohen, | ) | |
| | ) | |
| Defendants/Counter Claimants/Third-Party Plaintiffs. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 23, 2016 Order.

November 23, 2016

Frank G. Johns, Clerk
United States District Court