# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:14-CV-00155-KDB-DCK

| | |
|---|---|
| SWAN RACING COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> XXXTREME MOTORSPORT, LLC <br> JOHNATHAN COHEN, <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion for an Order of Final Execution in this matter. (Doc. No. 87). The Defendant has been served a copy of the Judgment and the Notice of Right to have exemptions designated and to set aside exempt property. (Doc. No. 86). The Defendant has failed to file a request to set aside exempt property. Furthermore, the Defendant has failed to request a hearing to set aside exempt property or otherwise respond within the time allowed. The Court therefore finds that the Defendant has had a reasonable opportunity to assert the exemptions provided by law and that the Defendant's failure to respond should be considered a waiver of his right to have property set aside as exempt from the execution of the Judgment in this case.

**IT IS THEREFORE ORDERED** that Defendant is precluded from having any of his property set aside as exempt from Judgment in this case and that a final execution be issued by the Clerk of this Court for the collection of the Judgment.

1

**SO ORDERED**

Signed: November 4,

*/s/ Kenneth D. Bell*

Kenneth D. Bell
United States District Judge

2

Case 5:14-cv-00155-KDB-DCK   Document 88   Filed 11/04/22   Page 2 of 2